UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA SCHREIBER,

    Plaintiff,

v.                                    CASE NO: 8:10-cv-2889-T-26AEP

PRIME LAKELAND INVESTMENTS, LLC,

    Defendant.
_____/

**O R D E R**

Upon due consideration of the procedural history of this case, together with Plaintiff's counsel's submissions, it is ordered and adjudged that Plaintiff's Verified Application for Attorneys' and Expert Fees, Litigation Expenses and Costs (Dkt. 20) is granted. Plaintiff is awarded $5,135.00 in attorneys' fees, $395.00 in litigation expenses and costs, and $850.00 in expert fees for a total award of $6,380.00. The Clerk is directed to enter judgment in that amount in favor of Plaintiff and against Defendant.

**DONE AND ORDERED** at Tampa, Florida, on April 15, 2011.

                                       s/*Richard A. Lazzara*
                                       **RICHARD A. LAZZARA**
                                       **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record